# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1944
Lower Tribunal No. 21-33138 SP
_____

**Marina Galushko**,
Appellant,

vs.

**Florida Capital Realty 100% Commission LLC**, etc.,
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Marina Galushko, in proper person.

Robert M. Chisholm, for appellee.

Before LOGUE, C.J., and SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.